# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2628-DOC (AGR) | Date | December 29, 2020 |
|---|---|---|---|
| Title | Beatrice Essah v. Governing Board of the Los Angeles Unified School District, et al | | |

Present: The Honorable  Alicia G. Rosenberg, United States Magistrate Judge

| K. Lozada | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:

None  None

**Proceedings:**  In Chambers: **ORDER TO PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On March 19, 2020, Defendant removed Plaintiff's complaint to this court. (Dkt. No. 1.)

On April 2, 2020, Defendants filed a motion to dismiss the complaint. (Dkt. Nos. 8-9.) Plaintiff filed an opposition. (Dkt. No. 14.) Defendants filed a reply. (Dkt. No. 17.) Plaintiff filed supplemental opposition briefs. (Dkt. Nos. 21-22.) Plaintiff requested leave to file an amended complaint.

On June 16, 2020, Plaintiff filed a document entitled Stipulation and Order Allowing Plaintiff To File First Amended Federal Complaint For Damages ("Stipulation"). (Dkt. No. 23.) In brief summary, the Stipulation advised the court that the parties were in writ proceedings in state court and that the parties had agreed that Plaintiff would file in this court an amended complaint that would contain all "non-writ" claims and that Plaintiff would file in state court an amended complaint that would sever the civil claims.

Although the Stipulation stated that Plaintiff's proposed First Amended Federal Complaint for Damages ("FAC") was attached as Exhibit 1, the Stipulation did not in fact attach the proposed FAC.

On June 24, 2020, the court issued a minute order denying the stipulation without prejudice to its resubmission with a proposed FAC and a proposed order attached.

As of this date, the parties have not filed a corrected Stipulation and have not attached or lodged a proposed FAC.

Accordingly, IT IS ORDERED that Plaintiff show cause in writing by ***January 15, 2021*** why this action should not be dismissed without prejudice for failure to prosecute. The filing of a Stipulation or Motion for Leave to File a First Amended Complaint on or before ***January 15, 2021*** shall be deemed sufficient to discharge this order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2628-DOC (AGR) | Date | December 29, 2020 |
|---|---|---|---|
| Title | Beatrice Essah v. Governing Board of the Los Angeles Unified School District, et al | | |

Initials of Preparer    kl