IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE ESSAH, <br><br>         Plaintiff, <br><br>     v. <br><br> GOVERNING BOARD OF THE LOS ANGELES UNIFIED SCHOOL DISTRICT, et al. <br><br>         Defendants. | Case No. 2:20-cv-02628-FWS-AGR <br><br> ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report have been filed. The Court accepts and adopts the findings and recommendations of the Magistrate Judge.

IT IS **ORDERED** that Defendants' motion to dismiss the First Amended Complaint ("FAC") under Fed. R. Civ. P. 12(b)(6) is **GRANTED IN PART AND DENIED IN PART** as set forth below;

(1) The motion to dismiss the § 1983 claims as against Defendants Ortiz, Harrington, Avila and Chait is denied;

(2) The motion to dismiss the second cause of action to the extent it asserts a claim under Cal. Gov't Code § 12940(m) against LAUSD and the Board is denied;

(3) The following claims are dismissed without leave to amend: (a) the § 1983 claims against LAUSD and the Board and the § 1983 claim for damages against Defendant Buetner in his official capacity; (b) the third cause of action under the Bane Act; and (c) the fourth cause of action for declaratory and injunctive relief;

(4) The request for punitive damages against LAUSD and the Board is dismissed without leave to amend;

(5) All other claims are dismissed with leave to amend; and

(6) Plaintiff is granted leave to file a Second Amended Complaint consistent with the Report and Recommendation within 30 days after entry of this Order.

If Plaintiff chooses to file a Second Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "Second Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is **DIRECTED** to provide Plaintiff with a blank pro se civil rights complaint.

DATED:  June 30, 2023

                Hon. Fred W. Slaughter
                UNITED STATES DISTRICT JUDGE