UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-02628-FWS (AGRx) | Date | October 27, 2023 |
|---|---|---|---|
| Title | Beatrice Essah v. Governing Board of the Los Angeles Unified School District, et al | | |

PRESENT: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Melissa H. Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff's counsel, to show cause in writing no later than **November 2, 2023**, why this action should not be dismissed for lack of prosecution for failure to file a *Joint* Report (FRCivP 26) as required by this court's Order Setting Rule 26(f) Scheduling Conference. As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X    Filing of the parties' *Joint* Report (FRCivP 26) pursuant to the court's Order Setting Rule 26(f) Scheduling Conference

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

**The Scheduling Conference remains on calendar for November 9, 2023, at 9:00 a.m.**

_____ : _____

Initials of Deputy Clerk    mku